1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO HERNANDEZ-AGUIRRE,<br><br>Defendant | Case No.: 22-CR-01319-JLS<br><br>**JUDGMENT & ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against EDUARDO HERNANDEZ-AGUIRRE in this case is dismissed without prejudice.

SO ORDERED.

Dated:  July 27, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge